UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Linda C. Hardy, | : | Case No. 5:09CV0928 |
| Plaintiff | : | Judge Patricia Gaughan |
| v. | : | Magistrate Judge David S. Perelman |
| Commissioner of Social Security, | : | **REPORT AND RECOMMENDED DECISION** |
| Defendant | : | |

The parties have submitted a joint "Stipulation For Remand," (Doc. #21), providing for remand of this action pursuant to the fourth sentence of 42 U.S.C. §405(g) for further proceedings as outlined therein.

It is recommended that the stipulation be approved and an order of remand entered based thereon.

DAVID S. PERELMAN
United States Magistrate Judge

DATE:   March 16, 2010

### OBJECTIONS

Any objections to this Report and Recommended Decision must be filed with the Clerk of Courts within fourteen (14) days of receipt of this notice.  Failure to file objections within the specified time waives the right to appeal the District Court's order.  See, *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). See, also, *Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).