**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Linda C. Hardy,** | ) | **CASE NO. 5:09 CV 928** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Michael J. Astrue, Commissioner of** | ) | <u>**Order of Remand**</u> |
| **Social Security,** | ) | |
| **Defendant.** | ) | |

    This matter is hereby REMANDED to the Commissioner of Social Security for further proceedings pursuant to the Stipulation of Remand submitted by the parties. Accordingly, the Report and Recommendation of Magistrate Judge Perelman (Doc. 22) recommending that the Stipulation of Remand be approved is accepted.

    IT IS SO ORDERED.

    /s/ Patricia A. Gaughan
    PATRICIA A. GAUGHAN
    United States District Judge

Dated: 3/17/10